IN THE CIRCUIT COURT OF THE CITY OF ST. LOUIS
STATE OF MISSOURI

| | |
|---|---|
| REGINA LANGSTON, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| | ) |
| Vs | ) |
| | ) |
| | ) |
| QUIKTRIP CORPORATION | ) |
| D/B/A QUIKTRIP #610R | ) |
| | ) |
| Defendant. | ) |

**PETITION**

NOW COMES Plaintiff, Regina Langston, by and through her attorneys, Hipskind & McAninch, LLC, and for her Petition against Defendant, QuikTrip Corporation, D/B/A/ as QuikTrip #610R (referred to herein as "QuikTrip") states as follows:

1. On or about July 31, 2023, Defendant, QuikTrip, owned, operated, managed, maintained, and controlled an establishment known as QuikTrip located at 2633 South Big Bend Boulevard, in St. Louis, Missouri.

2. On July 31, 2023, Plaintiff, Regina Langston, was on the premises as a customer and patron of QuikTrip, when she slipped on a foreign substance, causing her to fall to the floor.

3. At the time and place alleged above, QuikTrip, had a duty to use reasonable care in the ownership, operation, management, maintenance, and control of the subject premise. Specifically, QuikTrip had a duty to properly prevent and clean/remove any spills of liquid within the store.

4. On July 31, 2023, QuikTrip, by and through its agents and/or employees was in

violation of such duty, committed one or more of the following negligent acts:

    a. Failed to inspect the premises to ascertain the presence of a foreign substance on the floor;

    b. Caused or allowed a foreign substance to be present on the floor presenting an unreasonably dangerous condition when it knew or should have known of the presence of such foreign substance;

    c. Failed to timely and properly maintain the subject area so as to provide a safe walking surface for its customers;

    d. Failed to properly maintain its store area in a way that was safe for customers by properly using warning signs and/or equipment.

    e. Failed to provide adequate warn its customers concerning the unsafe condition of the subject area where a foreign slipper substance was located;

5. As a proximate result of one or more of the foregoing negligent acts or omissions of QuikTrip, Plaintiff was caused to slip and fall on a wet substance.

6. This fall has caused Plaintiff to suffer significant injuries resulting pain requiring medical treatment Plaintiff continues to suffer from these injuries.

WHEREFORE Plaintiff, Regina Langston, requests that the Court enter judgment in his favor against Defendant, QuikTrip, in an amount to exceed $50,000.00 and for any other relief that is just under the circumstances.

Respectfully Submitted,

**HIPSKIND & MCANINCH, LLC**

By: /s/ Brady McAninch
John T. Hipskind, #61530
Brady M. McAninch, #67679
5111 West Main Street
Belleville, Illinois 62220
Phone: 618-641-9189
Fax: 618-551-2642
brady@hm-attorneys.com
*Attorneys for Plaintiff*